**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1555

Terri Lewis Stevens and Jennifer Fruchnicht wife of/and
Craig Rivera

- - Versus - -

St. Tammany Parish Government

22nd Judicial District Court
Case #: 201510649
St. Tammany Parish

On Application for Rehearing filed on 04/19/2021 by Terri Lewis Stevens, et al

Rehearing _Denied_

John Michael Guidry

Page McClendon

Walter I. Lanier, III

Date MAY 1 0 2021

Rodd Naquin, Clerk